UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TAAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BIGGE CRANE AND RIGGING CO.,<br><br>　　　　Defendant. | Case No. 22-cv-00350-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 17 |

On February 16, 2022, Plaintiff filed a motion to remand this case to state court. ECF No. 17. Defendant's opposition was due March 2, 2022. *Id.* The deadline has passed, and no opposition has been filed. If Defendant does not oppose the motion, it was required to "file with the Court a Statement of Non-Opposition within the time for filing and serving any opposition." Civ. L.R. 7-3(b).

Defendant is ordered to file an opposition or statement of non-opposition by March 22, 2022. Defendant is also ordered to show cause in writing by March 22, 2022 why sanctions should not be imposed for failure to comply with the Court's local rules. *See* Civ. L.R. 1-4; *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992) ("District courts have inherent power to control their dockets and may impose sanctions, including dismissal, in the exercise of that discretion.") (citation omitted). The Court will conduct a hearing on the order to show cause on April 12, 2022 at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

1  Plaintiff's reply on the motion to remand is due March 31, 2022. The hearing on the
2  motion to remand is continued to April 28, 2022 at 2:00 p.m.
3  **IT IS SO ORDERED.**
4  Dated: March 8, 2022

_____
JON S. TIGAR
United States District Judge